# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| Case Name: USA v. Shaun Wray<br>Case No.: 2:15-mj-64-JHR-001 | Proceeding Type:<br>Preliminary Exam and Detention Hearing |
|---|---|

| Presiding Judge: John H. Rich III | Government's Attorney: | Defendant's Attorney: |
|---|---|---|
| Courtroom Deputy: Nicholas R. Gordon | Daniel J. Perry, USA | David R. Beneman, Esq. |
| Court Reporter: FTR | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 4/2/15 | Kelley Erskine |
| X | | 4/2/15 | Stacey Graf |
| | X | 4/2/15 | Ria McKenzie |
| | | | |