## Synopsis

| | |
|---|---|
| **Name:** | Shaun Wray |
| **Address:** (City & State Only) | Brooklyn, New York |
| **Year of Birth/Age:** | 1990/24 |
| **Violations:** | Count One: Conspiracy to Manufacture/Possess a Fraudulent Access Device, 18 U.S.C. §§ 1029(a)(1) and (b)(2) |
| **Penalties:** | Count One: Imprisonment of not more than five years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 1029(b)(2), (c)(1)(A)(i). <br><br> This is class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Count One: Not more than three years. 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | FPD -- D. Beneman |
| **Primary Investigative Agency and Case Agent Name:** | SS – Matthew Fasulo |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| | |
|---|---|
| **County:** | Androscoggin |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 |