**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

**<u>AUGUST 3, 2015 CRIMINAL TRIAL LIST FOR PORTLAND</u>**

This list contains criminal cases that will be scheduled for trial in Portland during the month of August, 2015.

**<u>Jury Selection is scheduled for August 3, 2015 at 9:00 a.m.</u>:**

Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

**<u>Filings:</u>**

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by <u>July 27, 2015</u>.

**<u>Juror Questionnaires</u>:**

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

**<u>Notifying the Court:</u>**

Counsel shall advise the Clerk not later than <u>July 14, 2015</u> whether their case is firm for trial or is to be otherwise resolved. Any change of plea will be taken prior to jury selection.

Federal Rule of Criminal Procedure 50 requires that scheduling preference must be given to criminal proceedings as far as practicable. The District of Maine Speedy Trial Plan requires that the trial of those defendants in custody solely because they are awaiting trial or those defendants designated as high risk shall be given preference over other criminal cases. 18 U.S.C. § 3164(a).

**<u>Pattern Criminal Jury Instructions:</u>**

The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at <u>www.med.uscourts.gov</u>.

Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

Trials to Commence in August, 2015

| 1) | USA<br>Criminal No. 2:13-cr-154-DBH | v. | TREZJUAN THOMPSON* |
|---|---|---|---|
| | Darcie N. McElwee, AUSA<br>Jonathan R. Chapman, AUSA | | Joel Vincent, Esq. |
| | *Defendant is in federal custody | | |
| 2) | USA<br><br>Criminal No. 2:14-cr-69-JDL | v. | RONALD THEODAT* |
| | David B. Joyce, AUSA | | Sarah A. Churchill, Esq. |
| | *Defendant is in federal custody | | |
| 3) | USA<br>Criminal No. 2:15-cr-04-DBH | v. | KOURTNEY FRANCOEUR* |
| | David B. Joyce, AUSA<br>Daniel J. Perry, AUSA | | Henry W. Griffin, Esq. |
| | *Defendant is in federal custody | | |
| 4) | USA<br>Criminal No. 2:15-cr-06-DBH | v. | BARNEY WHITFIELD* |
| | David B. Joyce, AUSA | | Molly Butler Bailey, Esq. |
| | *Defendant is in federal custody | | |
| 5) | USA<br><br>Criminal No. 2:15-cr-12-DBH | v. | TASHEEM CARTER*<br>MICHAEL BONEY* |
| | David B. Joyce, AUSA<br>Donald E. Clark, AUSA | | J. Hilary Billings, Esq.<br>George Hess, Esq. |
| | *Defendant is in federal custody | | |

| 6) | USA | v. | JESSE ROY* |
| | | | JANERYS VEGA* |
| | Criminal No. 2:15-cr-29-JDL | | |
| | | | |
| | Benjamin M. Block, AUSA | | Clifford Strike, Esq. |
| | Donald E. Clark, AUSA | | Jonathan M. Goodman, Esq. |
| | Julia M. Lipez, AUSA | | |
| | | | |
| | *Defendant is in federal custody | | |
| 7) | USA | v. | JAMEL HAMILTON* |
| | | | ISAAC FOFIE* |
| | Criminal No. 2:15-cr-38-DBH | | |
| | | | |
| | David B. Joyce, AUSA | | Neale A. Duffett, Esq. |
| | Donald E. Clark, AUSA | | Caleigh S. Milton, Esq. |
| | | | |
| | *Defendant is in federal custody | | |
| 8) | USA | v. | GREGORY OWENS* |
| | Criminal No. 2:15-cr-55-NT | | |
| | | | |
| | Darcie N. McElwee, AUSA | | Sarah A. Churchill, Esq. |
| | | | |
| | *Defendant is in federal custody | | |
| 9) | USA | v. | SHAWNA CALHOUN* |
| | | | ALVIN HOUSTON, JR.* |
| | Criminal No. 2:15-cr-56-JDL | | |
| | | | |
| | Julia M. Lipez, AUSA | | Jeffrey W. Langholtz, Esq. |
| | | | J. Hilary Billings, Esq. |
| | | | |
| | *Defendant is in federal custody | | |
| 10) | USA | v. | JOHNNY RAY JOHNSON* |
| | Criminal No. 2:15-cr-81-NT | | |
| | | | |
| | Darcie N. McElwee, AUSA | | David R. Beneman, Esq. |
| | | | |
| | *Defendant is in federal custody | | |

| 11) | USA<br>Criminal No. 2:15-cr-82-NT | v. | JERMAINE MOTLEY* |
|---|---|---|---|
| | Daniel J. Perry, AUSA | | David R. Beneman, Esq. |
| | *Defendant is in federal custody | | |
| 12) | USA<br>Criminal No. 2:15-cr-83-DBH | v. | ADAM HILL* |
| | Benjamin M. Block, AUSA<br>Daniel J. Perry, AUSA | | Molly Butler Bailey, Esq. |
| | *Defendant is in federal custody | | |
| 13) | USA<br>Criminal No. 2:15-cr-101-DBH | v. | TIMOTHY J. DUVAL* |
| | Benjamin M. Block, AUSA | | David R. Beneman, Esq. |
| | *Defendant is in federal custody | | |
| 14) | USA<br>Criminal No. 2:15-cr-102-GZS | v. | WILLIAM WESTON* |
| | Julia M. Lipez, AUSA | | David R. Beneman, Esq. |
| | *Defendant is in federal custody | | |
| 15) | USA<br><br>Criminal No. 2:15-cr-105-JDL | V. | CHRISTOPHER MICHAUD*<br>COLE MESERVE*<br>AMBER MESERVE |
| | Benjamin M. Block, AUSA | | Thomas J. Greco, Esq.<br>Heather L. Gonzales, Esq.<br>Thomas A. Dyhrberg, Esq. |
| | *Defendant is in federal custody | | |

| | | | |
|---|---|---|---|
| 16) | USA<br>Criminal No. 2:15-cr-111-NT | v. | CHARLES MACK* |
| | Julia M. Lipez, AUSA | | Jonathan M. Goodman, Esq. |
| | *Defendant is in federal custody | | |
| 17) | USA<br>Criminal No. 2:15-cr-15-DBH | v. | ANGELA CRABTREE |
| | David B. Joyce, AUSA | | Neal K. Stillman, Esq. |
| 18) | USA<br>Criminal No. 2:15-cr-60-DBH | v. | APRIL COLLINS |
| | David B. Joyce, AUSA | | Robert C. Andrews, Esq. |
| 19) | USA<br><br>Criminal No. 2:15-cr-62-DBH | v. | GALEN HILTS<br>LISA ST. LAURENT |
| | David B. Joyce, AUSA | | James S. Hewes, Esq.<br>Robert A. Levine, Esq. |
| 20) | USA<br>Criminal No. 2:15-cr-64-JDL | v. | SCOTT MCMAHON |
| | Michael J. Conley, AUSA | | J. Hilary Billings, Esq. |
| 21) | USA<br><br>Criminal No. 2:15-cr-79-GZS | v. | SHAUN WRAY<br>GUY NOEL |
| | Daniel J. Perry, AUSA | | David R. Beneman, Esq.<br>James A. Clifford, Esq. |
| 22) | USA<br>Criminal No. 2:15-cr-88-DBH | v. | RANDY GOSSELIN |
| | David B. Joyce, AUSA | | Stacey D. Neumann, Esq. |
| 23) | USA<br>Criminal No. 2:15-cr-103-JDL | v. | SHAWN FIGOLI |
| | David B. Joyce, AUSA | | Molly Butler Bailey, Esq. |

24) USA            v.         KELLY MCGEOUGH
Criminal No. 2:15-cr-107-DBH

David B. Joyce, AUSA            Peter E. Rodway, Esq.
Donald E. Clark, AUSA

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**ELECTRONIC EVIDENCE PRESENTER**

The U.S. District Court for the District of Maine offers various audio/visual equipment for members of the bar to use during hearings or trials. While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector. Images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.) are displayed using the digital document camera permitting the judge, attorneys, witnesses and jury to view the images simultaneously. Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation. The court will not troubleshoot compatibility problems for attorneys using the EEP.

**Important:**

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate that equipment. Attorneys who plan to use their own electronic equipment (such as laptops) at hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with that courtroom's system.** Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to the hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

RESERVING THE ELECTRONIC EVIDENCE PRESENTER AND SCHEDULING A PRACTICE SESSION

Reservations for the EEP should be made two weeks in advance of the date of the proceeding. To reserve the equipment and/or to schedule a practice session, contact these IT staff members:

Bangor:         Don Marshall at (207) 945-0575 ext. 6424

Portland        Kevin Martel at (207) 780-3356 ext. 5124

http://www.med.uscourts.gov/nodeblock/courtroom-practices