UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2015 JUL 22 P 4:48 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAUN WRAY | ) | |
|    a/k/a "Scoobs" | ) | |
| GUY NOEL | ) | |
|    a/ka "Spook" | ) | No. 2:15-cr-79-GZS |
| | ) | |
| DESTINEE THERIAULT | ) | |
| SABRINA McNEIL | ) | FILED UNDER SEAL |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At all times relevant to this Indictment:

1. An "access device" includes any card, account number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that could be used to initiate a transfer of funds, or that could be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument). 18 U.S.C. § 1029(e)(1). Credit, debit, and gift cards are types of access devices;

2. A "counterfeit access device" is an access device that was counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit access device. 18 U.S.C. § 1029(e)(2);

3. An "unauthorized access device" is any access device that was lost, stolen, expired, revoked, canceled, or obtained with intent to defraud. 18 U.S.C. § 1 029(e)(3);

4. "Device-making equipment" means any equipment, mechanism, or impression designed or primarily used for making as access device or a counterfeit access device. 18 U.S.C. § 1029(e)(6).

## COUNT ONE

Beginning at a time unknown to the Grand Jury but at least by February 2015, and continuing through at least about March 24, 2015, the exact dates being unknown to the Grand Jury, in the District of Maine and elsewhere, defendants



**SHAUN WRAY**
a/k/a "Scoobs"
**GUY NOEL**
a/ka "Spook"

**DESTINEE THERIAULT**
**SABRINA McNEIL**

did unlawfully and knowingly conspire with one another and with others known and unknown to the Grand Jury, to commit the following offenses:

(a) to knowingly, with intent to defraud, and in a manner affecting interstate or foreign commerce, produce, use, or traffic in one or more counterfeit access devices, in violation of Title 18, United States Code, Section 1 029(a)(1 );

  (b) to knowingly, with intent to defraud, and in a manner affecting interstate commerce, possess fifteen or more devices which were counterfeit and unauthorized; in violation of Title 18, United States Code, Section 1029(a)(3);

  (c) to knowingly, with intent to defraud, and in a manner affecting interstate commerce, possess and have control and custody of device-making equipment, in violation of Title 18, United States Code, Section 1029(a)(4).

## MANNER AND MEANS

It was a part of the conspiracy that the defendants and other members of the conspiracy would obtain stolen credit card information and then manufacture, produce, and make counterfeit access devices using the stolen credit card information;

It was further a part of the conspiracy that the defendants and other members of the conspiracy would then use the counterfeit access devices to conduct business transactions and purchase personal property in Maine and other states.

In planning and participating in this conspiracy, members of the conspiracy used various means and methods including the following:

  (a) Obtaining access device account information from numerous individuals without the knowledge or approval of the account holder;

  (b) Obtaining device-making equipment that allowed members of the conspiracy to manufacture counterfeit access devices;

  (c) Using the device-making equipment and the wrongfully acquired access device account information to manufacture counterfeit access devices;

  (d) Using and attempting to use the counterfeit access devices at commercial establishments in Maine and elsewhere.

## OVERT ACTS

In furtherance of this conspiracy and to achieve its objectives, at least one of the conspirators committed the following overt acts in the District of Maine.

1. On March 5, 2015, **SHAUN WRAY** wired $2,400 to a recipient in Ukraine. This wire transfer was made from a location in Auburn, Maine.



4. On March 24, 2015, **SHAUN WRAY, GUY NOEL**, and ▮ possessed device making equipment used to manufacture fraudulent access devices, including an embossing machine, a magnetic data strip card reader/writer, and a laminator/graphic machine.

5. On March 24, 2015, **SHAUN WRAY, GUY NOEL**, and ▮ possessed fifteen or more counterfeit access devices.

In violation of Title 18, United States Code, Section 1029(a)(1) and (b)(2), and Title 18, United States Code, Section 2.

## COUNT TWO

On March 24, 2015, in the District of Maine, defendants



**SHAUN WRAY**
a/k/a "Scoobs"
**GUY NOEL**
a/ka "Spook"

knowingly and with intent to defraud, and in a manner affecting interstate or foreign commerce, possessed fifteen or more counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Section 1029(a)(3).

### COUNT THREE

On March 24, 2015, in the District of Maine, defendants



**SHAUN WRAY**
a/k/a "Scoobs"
**GUY NOEL**
a/k/a "Spook"

knowingly and with intent to defraud, and in a manner affecting interstate or foreign commerce, had control and custody and possessed device making equipment.

In violation of Title 18, United States Code, Section 1029(a)(4).

### COUNT FOUR

On about March 5, 2015, in the District of Maine, defendants

**DESTINEE THERIAULT**

knowingly and with intent to defraud, used a counterfeit access device, said use affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(1) and (c)(1)(a)(i).

### COUNT FIVE

On about March 8, 2015, in the District of Maine, defendants

### DESTINEE THERIAULT

knowingly and with intent to defraud, used a counterfeit access device, said use affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(1) and (c)(1)(a)(i).

### COUNT SIX



### COUNT SEVEN

### COUNT EIGHT

On about March 19, 2015, in the District of Maine, defendant

### SABRINA MCNEIL

knowingly and with intent to defraud, used a counterfeit access device, said use affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(1) and (c)(1)(a)(i).

## COUNT NINE



## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1029 set forth in Counts 1-3 of this Indictment, the defendants,



**SHAUN WRAY**
a/k/a "Scoobs"
**GUY NOEL**
a/ka "Spook"
**DESTINEE THERIAULT**
**SABRINA McNEIL**

shall forfeit to the United States of America -- (A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations; and (B) pursuant to Title 18, United States Code,

Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses. The property to be forfeited includes, but is not limited to a money judgment in the amount of said proceeds.

All pursuant to 18 U.S.C. Sections 982(a)(2)(B) and 1029(c)(1)(C) and 28 U.S.C. Section 2461(c).

A TRUE BILL,

_____
FOREPERSON

_____
Assistant United States Attorney
Dated: 7/22/15