UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | No. 2:15-cr-79-GZS-001 |
| ) | |
| SHAUN WRAY            ) | |
| ) | |

## ORDER

The defendant Shaun Wray has filed a signed written waiver for arraignment *in abstentia* on the superseding indictment. The waiver form has been signed by both the defendant and his attorney; affirming receipt of the superseding indictment and entering a plea of not guilty (ECF No. 140).

The court accepts the defendant's waiver of arraignment pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure. The clerk is directed to enter the defendant's plea of not guilty. All current bail conditions shall remain in effect until further order of the court.

SO ORDERED.

August 19, 2015.

/s/John H. Rich III
U.S. Magistrate Judge